IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARK PERCY MONROE,

    Petitioner,

v.                                              CASE NO. 1:10-cv-00244-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## O R D E R

This matter is before the Court on Respondent's Amended First Motion For Extension Of Time To File Response. (Doc. 10.) Respondent seeks a 60 day extension of time to respond to the Petition. (Doc. 1.)

Upon due consideration, it is hereby **ORDERED** that**:**

1. The Respondent's Amended First Motion For Extension Of Time To File Response (Doc. 10) is **GRANTED**. Respondent shall file his response to the Petition on or before **June 3, 2011.**

2. Petitioner's reply, if any, shall be filed on or before **July 5, 2011**.

**DONE AND ORDERED** this 5th day of April, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge