IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARK PERCY MONROE,

    Petitioner,

v.                                    CASE NO. 1:10-cv-00244-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Respondent's Second Motion For Extension Of Time To File Response. (Doc. 12.) Respondent seeks a 75 day extension of time to respond to the Petition.

Upon due consideration, it is hereby **ORDERED** that**:**

1.     The Respondent's Second Motion For Extension Of Time To File Response (Doc. 12) is **GRANTED**. Respondent shall file his response to the Petition on or before **August 16, 2011.**

2.     Petitioner's reply, if any, shall be filed on or before **September 15, 2011**.

**DONE AND ORDERED** this 3rd day of June, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge