IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARK PERCY MONROE,

    Petitioner,

v.                          CASE NO. 1:10-cv-244-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Petitioner's Motion For Extension Of Time To Reply. (Doc. 17.) Petitioner seeks a 15 day extension of time to respond to the response to the Petition recently filed by Respondent. (Doc. 15.) Pursuant to an order entered by the Court on June 3, 2011, Petitioner's reply is currently due on or before September 15, 2011. (Doc. 13.)

Upon due consideration, it is hereby **ORDERED** that**:**

1.    The Petitioner's Motion For Extension Of Time To Reply (Doc. 17) is **GRANTED**.

2.    Petitioner's reply shall be filed on or before **September 30, 2011**.

**DONE AND ORDERED** this 3rd day of August, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge