IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARK PERCY MONROE,

    Petitioner,

v.                                       CASE NO. 1:10-cv-00244-MP-GRJ

SECRETARY DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Amended Report and Recommendation dated February 4, 2014. (Doc. 25).  The parties have been furnished a copy of the Amended Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Petitioner has filed objections at Doc. 29.  I have made a de novo review based on those objections.

    Having considered the Amended Report and Recommendation, and the timely filed objections, I have determined that the Amended Report and Recommendation should be adopted.  The Court agrees that Petitioner's one ground was procedurally exhausted, and that, even on the merits, the ground would fail because the victim's testimony at trial was sufficient for the jury to find the petitioner guilty.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1. The magistrate judge's Amended Report and Recommendation is adopted and incorporated by reference in this order.
2. Doc. 1, the §2254 Petition for Writ of Habeas Corpus is DENIED, and a certificate of appealability is DENIED.

    **DONE AND ORDERED** this _23rd_ day of July, 2014.

                                         *s/Maurice M. Paul*
                                         Maurice M. Paul, Senior District Judge